UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                           :    INDICTMENT

KENNY RIVERA,                         :    07 Cr.
   a/k/a "Luis Mosquea,"
   a/k/a "Francisco Rivera,"          :

        Defendant.              :

- - - - - - - - - - - - - - - - - x

**07 CRIM 918**

JUDGE KAPLAN

## COUNT ONE

The Grand Jury charges:

On or about January 11, 2007, in the Southern District of New York and elsewhere, KENNY RIVERA, a/k/a "Luis Mosquea," a/k/a "Francisco Rivera," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction on or about January 31, 1995, for criminal possession of a controlled substance in the third degree, in violation of New York Penal Law 220.16, in New York Supreme Court, New York County, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 28 2007

Security, to reapply for admission.

   (Title 8, United States Code, Sections 1326(a) and (b)(1).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KENNY RIVERA,
a/k/a "Luis Mosquea,"
a/k/a "Francisco Rivera,"

Defendant.

**INDICTMENT**

07 Cr.

(8 U.S.C. § 1326(a) and (b)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Dennise Suarez-Peña
Foreperson.

Filed indictment. Case assigned to Judge Kaplan.

9/25/07 SRM          — Francis, J.