MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

November 13, 2007

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**BY HAND**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007



RECEIVED
NOV 13 2007
JUDGE KAPLAN'S CHAMBERS

 Re: <u>United States v. Kenny Rivera</u>
 07 Cr. 918 (LAK)

Dear Judge Kaplan:

I write on behalf of my client, Kenny Rivera, to respectfully request a two-week adjournment of the status conference in his case, scheduled for November 15, 2007 at 4:30 p.m. I am requesting the adjournment because the defense needs additional time to get certain materials translated for Mr. Rivera.

I have spoken to Assistant United States Attorney Christian Everdell, who consents to this adjournment request on behalf of the Government. There have been no previous requests for an adjournment. The parties request an exclusion of time under the Speedy Trial Act until the next conference. The defense's need for additional time to translate materials for Mr. Rivera serves the interests of justice and outweighs the needs of the defendant and the public in a speedy trial.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Attorney for **Kenny Rivera**
Tel: (212) 417-8734

cc: Christian R. Everdell, Esq.
 Assistant United States Attorney (by fax)

Awaited Type
included for
reasons stated
11/19/07

SO ORDERED

LEWIS A. KAPLAN, USDJ