2000 PSR Cover Page REDACTED

# 2000 PSR Page 4 REDACTED

2000 PSR Page 5 REDACTED

2000 PSR Page 6 REDACTED