SUPREME COURT OF THE STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK
CRIMINAL TERM: SPECIAL NARCOTICS PARTS

Poss 3 over 1/2oz. - B Fel

THE PEOPLE OF THE STATE OF NEW YORK,

-against-

KENNY RIVERA

Defendant.

SUPERIOR COURT
INFORMATION

11553/94

ROBERT H. SILBERING, Special Narcotics Prosecutor for the City New York, by this information, accuses the defendant of the crime of **CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE THIRD DEGREE**, in violation of Penal Law Section 220.16(12), committed as follows:

The defendant, in the County of New York, City of New York, on or about 12/2/94, knowingly and unlawfully possessed one or more preparations, compounds, mixtures or substance of an aggregate weight of one-half ounce or more containing a narcotic drug, to wit Cocaine

*ROBERT H. SILBERING*
Special Assistant District Attorney

BY: _____
Assistant District Attorney

SNC Form 010 (2/92)

SENTENCE & ORDER
OF COMMITMENT    Part __N__    County __NY__    # 11553-94

SUPERIOR COURT NO.    YEAR

Date: 1-31-95

THE PEOPLE OF THE STATE OF NEW YORK
VS.
Kenny Rivera
DEFENDANT

Present:
Honorable: __Benitez__
JUSTICE S.C.

@ Greg- M. Walker

| SEX | AGE | NYSID NUMBER |
|---|---|---|
| Male | 1-5-75 | 7861900N |

The above named defendant having been
☒ convicted of the crime of __CPCS 3°__
☐ found to be a youthful offender for the criminal act of _____
under the above-designated indictment, it is
ORDERED, that the said defendant be and hereby is sentenced to
☒ an indeterminate term of imprisonment which shall have a maximum term of __6 (SIX)__ years and a minimum term of __2 (TWO)__ years,
as a ☐ Predicate / ☐ Persistent / ☐ Violent / Felony Offender

☐ a definite term of imprisonment which shall have a term of _____

☐ a fine of _____ dollars
and it is hereby directed that the defendant be imprisoned until the fine is satisfied for a maximum period of _____

and that the sentence herein shall run
☐ concurrently    ☐ sentence
      with the
☐ consecutively    ☐ undischarged portion of the term of imprisonment
imposed on the defendant under the conviction upon the indictment numbered _____

☐ also covers _____
☐ wherein the defendant is in custody.
☐ wherein the defendant is not in custody.

and that the said defendant be and hereby is committed to the custody of the
☒ Department of Correctional Services of The State of New York until released in accordance with the law, and
    ☐ being a male person twenty-one years old or older,
        the Commissioner of Correction of the City of New York is directed to deliver him to the DOWNSTATE Correctional Facility located at FISHKILL, New York.
    ☒ being a male person more than sixteen and less than twenty-one years old,
        the Commissioner of Correction of the City of New York is directed to deliver him to the Reception Center located at Elmira, New York.
    ☐ being a female person,
        the Commissioner of Correction of the City of New York is directed to deliver her to the Bedford Hills Correctional Facility located at Bedford Hills, New York.

☐ Department of Correction of The City of New York until released in accordance with the law, and
    ☐ being a male person,
        the Commissioner of Correction of the City of New York is directed to deliver him to the New York City Correctional Institution for Men.
    ☐ being a female person,
        the Commissioner of Correction of the City of New York is directed to deliver her to the New York City Correctional Institution for Women.

REMARKS:    IN ADDITION A MANDATORY SURCHARGE OF __MSW__ AND A CRIME VICTIM ASSISTANCE FEE OF __5.00__ ARE ASSESSED PURSUANT TO P.L. 60.35-1[a] TO BE COLLECTED AT THE FACILITY.

to be pd  time  DOC

__1-31-95__    _____    by    _____    __SC__
DATE    CLERK OF COURT        SIGNATURE    TITLE

☐ THIRD COPY FORWARDED TO BOARD OF ELECTIONS.