McKinney's Penal Law § 220.16

McKinney's Consolidated Laws of New York Annotated <u>Currentness</u>
  Penal Law (Refs & Annos)
    Chapter 40. Of the Consolidated Laws (Refs & Annos)
      Part Three. Specific Offenses
        Title M. Offenses Against Public Health and Morals
          Article 220. Controlled Substances Offenses (Refs & Annos)
            **➡ § 220.16 Criminal possession of a controlled substance in the third degree**

A person is guilty of criminal possession of a controlled substance in the third degree when he knowingly and unlawfully possesses:

  1. a narcotic drug with intent to sell it; or

  2. a stimulant, hallucinogen, hallucinogenic substance, or lysergic acid diethylamide, with intent to sell it and has previously been convicted of an offense defined in article two hundred twenty or the attempt or conspiracy to commit any such offense; or

  3. a stimulant with intent to sell it and said stimulant weighs one gram or more; or

  4. lysergic acid diethylamide with intent to sell it and said lysergic acid diethylamide weighs one milligram or more; or

  5. a hallucinogen with intent to sell it and said hallucinogen weighs twenty-five milligrams or more; or

  6. a hallucinogenic substance with intent to sell it and said hallucinogenic substance weighs one gram or more; or

  7. one or more preparations, compounds, mixtures or substances containing methamphetamine, its salts, isomers or salts of isomers with intent to sell it and said preparations, compounds, mixtures or substances are of an aggregate weight of one-eighth ounce or more; or

  8. a stimulant and said stimulant weighs five grams or more; or

  9. lysergic acid diethylamide and said lysergic acid diethylamide weighs five milligrams or more; or

  10. a hallucinogen and said hallucinogen weighs one hundred twenty-five milligrams or more; or

  11. a hallucinogenic substance and said hallucinogenic substance weighs five grams or more; or

  12. one or more preparations, compounds, mixtures or substances containing a narcotic drug and said preparations, compounds, mixtures or substances are of an aggregate weight of one-half ounce or more; or

  13. phencyclidine and said phencyclidine weighs one thousand two hundred fifty milligrams or more.

Criminal possession of a controlled substance in the third degree is a class B felony.

CREDIT(S)

(Added L.1973, c. 276, § 19; amended L.1973, c. 1051 § 10; L.1979, c. 410, § 13; L.1985, c. 341, § 5; L.1995, c. 75, § 3.)

HISTORICAL AND STATUTORY NOTES

1999 Main Volume

L.1995, c. 75 legislation

L.1995, c. 75, § 3, moved minimum weight requirement to follow, rather than precede, controlled substance to which it applied throughout section.

Amendment by L.1995, c. 75, eff. June 10, 1995, and applicable to offenses committed on or after the effective date of this act; offenses committed prior to such date shall be governed by the provisions of law in effect at the time the offense was committed, pursuant to L.1995, c. 75, § 20, set out as a note under Penal Law § 220.06.