Distinguish judge:

    Thank you for allowing me these words and expressing myself of what I think about "Kenny Rivera," I have a lot of time knowing him, he is a very good person and a good friend. I see him as a father, brother and friend. I observed his way of expressing himself toward others and the way he treats people. He is a very religious person and very afraid of the power of God. He takes care of his daughters and his family. He always listens to others and as a friend he is sincere and loyal. I know he committed an error, but is in your hands to give him an opportunity.

Sincerely yours,

Juan R